**DISMISS and Opinion Filed May 17, 2024**



In The

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00034-CV**

**IN THE INTEREST OF K.F.T., A CHILD**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-50796-2017**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Carlyle
Opinion by Chief Justice Burns

Appellant appeals the trial court's August 17, 2023 order in this suit to modify the parent-child relationship. Appellant filed a timely motion for new trial. Accordingly, the notice of appeal was due within ninety days of the date of judgment or November 15, 2023. *See* TEX. R. APP. P. 26.1(a). Appellant filed a notice of appeal on January 5, 2024.

Because the timely filing of a notice of appeal is jurisdictional, we directed appellant to file a letter brief addressing the jurisdictional issue. *See Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal jurisdictional).

Although appellant filed a letter brief, she addresses the merits of the appeal, but does not address our jurisdictional concern.

Because the notice of appeal was untimely filed, we dismiss the appeal for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240034F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF K.F.T., A CHILD

No. 05-24-00034-CV

On Appeal from the 401st Judicial District Court, Collin County, Texas Trial Court Cause No. 401-50796-2017.
Opinion delivered by Chief Justice Burns. Justices Molberg and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered May 17, 2024